UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Nippers USA, LLC,   CASE NO: 3:15-bk-03344-PMG
                    Chapter 11
   Debtor.
_____/

## NOTICE OF PRELIMINARY HEARING

PLEASE TAKE NOTICE that a preliminary hearing will be held on August 7, 2015 at 10:00 a.m., before the Honorable Paul M. Glenn, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, 4th Floor, Courtroom 4A, Jacksonville, Florida 32202, to consider Nippers USA, LLC's Motion for Authority to Use Cash Collateral.

You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

You are further reminded that Local Rule 5073-1 restricts the entry of cellular telephones and computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Date: August 5, 2015.                     GILLIS WAY & CAMPBELL

/s/ Adina L. Pollan
Adina L. Pollan, Esq.
Florida Bar No. 15639
apollan@gillisway.com
1022 Park Street, Suite 308
Jacksonville, Florida 32204
Telephone (904) 647-6476
Facsimile (904) 738-8640

*Attorneys for Nippers USA, LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 5, 2015, the foregoing was served using the Court's CM/ECF System and/or mail to the list of creditors and parties in interest as reflected on the attached mailing matrix.

/s/ Adina L. Pollan
Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:15-bk-03344-PMG<br>Middle District of Florida<br>Jacksonville<br>Wed Aug  5 16:00:57 EDT 2015 | Nippers USA, LLC<br>2309 Beach Boulevard<br>Jacksonville Beach, FL 32250-2654 | Rose & Ken, Inc.<br>c/o Joseph W. Rogan, Esq.<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202-5182 |
| 1&1 INTERNET INC.<br>701 Lee Rd.<br>Suite 300<br>Chesterbrook, PA 19087-5612 | A-1 RESTAURANT SUPPLY<br>1879 Caravan Trail<br>Suite 203<br>Jacksonville, FL 32216-2012 | A-1 WASTE MANAGEMENT<br>7300 Imerson Road<br>Jacksonville, FL 32219-2993 |
| ADVANCED COMMERCIAL PEST SERVICES<br>13792 Herons Landing Way<br>Unit 11<br>Jacksonville, FL 32224-6070 | ADVANTAGE PRINTING<br>4618 Sunbeam Rd<br>Jacksonville, FL 32257-6110 | AEGIS FIRE SERVICES<br>156 Industrial Loop South<br>Orange Park, FL 32073-2858 |
| ALSCO<br>PO Box 41149<br>Jacksonville, FL  32203-1149 | AMTRUST<br>PO Box 6939<br>Cleveland, OH 44101-1939 | ARTHUR VON WIESENBERGER<br>c/o Kurt Koenig<br>920 Garden Street<br>Santa Barbara, CA 93101-1462 |
| ASCAP<br>21678 Network Place<br>Chicago, IL 60673-1216 | AVALANCHE ICE, INC.<br>3230 Kline Road<br>Jacksonville, FL 32246-3635 | B & G Refrigeration<br>3230 Kline Road<br>Jacksonville, FL 32246-3635 |
| (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | BEACH MARINE<br>2315 Beach Blvd.<br>Jacksonville Beach, FL 32250-4055 | BEACHES ENERGY<br>PO Box 51389<br>Jacksonville Beach, FL 32240-1389 |
| BLUE BUDDHA<br>EXOTIC FOODS, INC.<br>2703 Rosselle Street<br>Jacksonville, FL 32205-5688 | BMI<br>10 Music SQ E<br>Nashville, TN 37203-4321 | BRADLEY ERNST<br>160 Shelbys Cove Ct.<br>Ponte Vedra Beach, FL 32082-1698 |
| BUSINESS JOURNAL<br>200 W. Forsyth St. #1350<br>Jacksonville, FL 32202-4314 | C & C FISHERIES, INC.<br>36 West 6th Street<br>Atlantic Beach, FL 32233-3486 | CAPITAL FOR MERCHANTS, INC.<br>250 Stephenson Hwy<br>Troy, MI 48083-1117 |
| CARBON'S FOOD<br>PO Box 71<br>Buchanan, MI 49107-0071 | CHAMPION BRANDS<br>PO Box 56260<br>Jacksonville, FL 32241-6260 | CHENEY BROTHERS<br>2801 W. Silver Springs Blvd.<br>Ocala, FL 34475-5655 |
| CINTAS<br>PO Box 625737<br>Cincinnati, OH 45262-5737 | COMCAST<br>PO Box 530098<br>Atlanta, GA 30353-0098 | COOL R US<br>6900 Phillips Hwy #46<br>Jacksonville, FL 32216-6060 |

| | | |
|---|---|---|
| CORVUS OF JACKSONVILLE<br>815 W. Weed Street<br>Chicago, IL 60642-2537 | COZZINI<br>350 Howard Ave<br>Des Plaines, IL 60018-1908 | DAYTONA BEVERAGE<br>503 Cherrywood Dr<br>Ormond Beach, FL 32174-6152 |
| DEPT OF BUSINESS & PROFESSIONAL REGULATION<br>PO Box 6300<br>Tallahassee, FL 32314-6300 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | DIVISION OF ALCOHOLIC BEVERAGES<br>4161 Carmichael Ave<br>3300 Building Ste 200A<br>Jacksonville, FL 32207 |
| DIVISION OF HOTELS & RESTAURANTS<br>PO Box 6300<br>Tallahassee, FL 32314-6300 | DONALD CAMERON<br>12901 Huntley Manor Dr.<br>Jacksonville, FL 32224-7911 | DOOR CONTROL INC.<br>10330 Chedoak Ct, Bldg 300<br>Jacksonville, FL 32218-5592 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Duval County Tax Collector<br>231 Forsyth St. #130<br>Jacksonville FL 32202-3380 | ECOLAB<br>PO Box 905327<br>Charlotte, NC 28290-5327 |
| EDA BOYLE EDGERTON PA<br>818 A1A North Suite 206<br>Ponte Vedra Beach, FL 32082-3297 | EDWARD DON & COMPANY<br>2562 Paysphere Circle<br>Chicago, IL 60674-0025 | ELITE INTEGRATORS LLC<br>c/o Jeffrey L Seymour<br>170 N. Duncan Drive<br>Tavares, FL 32778-3160 |
| FEDEX<br>PO Box 660481<br>Dallas, TX 75266-0481 | FLORIDA HOOD CLEANING<br>432 Seagate Ave<br>Neptune Beach, FL 32266-4871 | Florida Department of Revenue<br>Attn: Linda Wilkerson<br>921 N Davis Street A250<br>Jacksonville, FL 32209-6829 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of State Reg. Sect. Division o<br>PO Box 6327<br>Tallahassee, FL 32314-6327 | GODADDY<br>14455 N Hayden Rd # 219<br>Scottsdale, AZ 85260-6947 |
| GRIFFIS GAS<br>461 Tresca Road<br>Jacksonville, FL 32225-6566 | HELGET GAS PRODUCTS<br>4150 S. 87th St.<br>Omaha, NE 68127-1602 | HOODZ<br>1132 Mill Creek Drive<br>Jacksonville, FL 32259-8972 |
| HOT ACTION SPORTSWEAR<br>307 Division Ave<br>Ormond Beach, FL 32174-6249 | HOTSCHEDULES<br>PO Box 2217<br>San Antonio, TX 78298-2217 | INSTALLATION TECHNOLOGIES<br>13245 Atlantic Blvd, #4-323<br>Jacksonville, FL 32225-7121 |
| (p)IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY NJ 07302-3865 | ISLAND OASIS<br>PO Box 846186<br>Boston, MA 02284-6186 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| JACKSONVILLE MINT MAGAZINE<br>6960 Bonneval Rd. Suite #102<br>Jacksonville, FL 32216-4045 | JASON WYSE<br>721 Hazelmoor Lane<br>Ponte Vedra, FL 32081-7054 | KIRBY RENTALS LLC<br>411 Hames Avenue<br>Orlando, FL 32805-1512 |
| LAURA VALLOW<br>2045 Vela Norte Circle<br>Atlantic Beach, FL 32233-4533 | LBA CERTIFIED PUBLIC ACCOUNTANTS, P.A.<br>501 Riverside Avenue, Suite 800<br>Jacksonville, FL 32202-4939 | MAGELLAN DIST.<br>12 Channel St #804<br>Boston, MA 02210-2517 |
| MCCALL SERVICE, INC.<br>PO Box 6000730<br>Jacksonville, FL 32260-0730 | MEDIA MIX, LLC<br>13901 Sutton Park Dr. South<br>Building B, Suite 400<br>Jacksonville, FL 32224-0230 | METRO ROOTER<br>8892 Normandy Boulevard<br>Jacksonville, FL 32221-6795 |
| MICHAEL KATZ<br>13735 Saxon Lake Drive<br>Jacksonville, FL 32225-2624 | MICHAEL MAYER<br>3818 Brampton Island N<br>Jacksonville, FL 32224-7609 | MOBILE APPS YOUR WAY<br>2946 Mikris Dr. E<br>Jacksonville, FL 32225-7623 |
| MORRIS PUBLISHING<br>PO Box 1486<br>Augusta, GA 30903-1486 | Michael Corrigan, Tax Collector<br>Attn:  G Shepard<br>231 E Forsyth St Ste 300<br>Jacksonville, FL  32202-3345 | NEW CARBON DISTRIBUTION<br>4101 William Richardson Dr<br>South Bend, IN 46628-9485 |
| NORTH FLORIDA SALES<br>3601 Regent Boulevard<br>Jacksonville, FL 32224-6500 | NORTHWESTERN MUTUAL FINANCIAL NETWORK<br>PO Box 3009<br>Milwaukee, WI 53201-3009 | North American Bancard<br>250 Stephenson Hwy<br>Troy, MI 48083-1117 |
| NuCO2 LLC<br>PO Box 9011<br>Stuart, FL 34995-9011 | OPEN TABLE, INC<br>PO Box 671198<br>Dallas, TX 75267-1198 | ORKIN PEST<br>2170 Piedmont Rd NE<br>Atlanta, GA 30324-4135 |
| OSSI SECURITY SYSTEMS, INC.<br>3839 Hendricks Avenue<br>Jacksonville, FL 32207-5303 | PEST-ECOLAB<br>PO Box 6007<br>Grand Forks, ND 58206-6007 | PINNACLE SYSTEMS<br>2001 W Cypress Creek Rd. #103<br>Ft Lauderdale, FL 33309-1865 |
| PREMIER BEVERAGE COMPANY<br>PO Box 820410<br>South Florida, FL 33082-0410 | PRINT EXPRESS<br>8036 Philips Hwy, Suite 2<br>Jacksonville, FL 32256-7495 | REGULATORY COMPLIANCE<br>230 S Adams Street<br>Tallahassee, FL 32301-1730 |
| REPUBLIC NATIONAL DISTRIBUTING COMPANY<br>PO Box 40709<br>Jacksonville, FL 32203-0709 | RESTAURANT COMPLIANCE SOLUTIONS<br>800 Ironwood Drive, Unit 824<br>Ponte Vedra Beach, FL 32082-2278 | REWARDS NETWORK<br>2 North Riverside Plaza Suite 200<br>Chicago, IL 60606-2677 |

ROLLIN' RITA'S
11 Cat Road
Ponte Vedra Beach, FL 32082-4371

RUDY THEALE
7765 Hunters Grove Rd.
Jacksonville, FL 32256-7211

RUTLEDGE, ECENIA & PURNELL, PA
119 S Monroe St #202
Tallahassee, FL 32301-1591

Rose & Ken, Inc.
c/o Allan E. Wulbern
225 Water Street, Suite 1800
Jacksonville, FL 32202-5182

Rose & Ken, Inc.
c/o Joseph W. Rogan, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202-4494

S & D COFFEE
PO Box 1628
Concord, NC 28026-1628

SAVI, INC.
3601 Eisenhower Ave Suite 2801
Alexandria, VA 22304-6457

SEA BREEZE
3807 Edgewood Dr
Jacksonville FL 32254-1149

SEAFOOD SALES
9957 Moorings Drive #104
Jacksonville, FL 32257-2413

SIGNS BY TOMORROW
7035 Philips Highway #11
Jacksonville, FL 32216-6071

SOUTHERN WINE & SPIRITS
PO Box 90249
Lakeland, FL 33804-0249

STATE OF FLORIDA
DISBURSEMENT UNIT
PO Box 8500
Tallahassee, FL 32314-8500

SYSCO JACKSONVILLE
PO Box 37045
Jacksonville, FL 32236-7045

Secretary of the Treasury
15th & Pennsylvania Ave., NW
Washington, DC 20220-0001

Sysco Jacksonville, Inc.
c/o Darryl Laddin and Frank White
171 17th Street, NW, Suite 2100
Atlanta, GA 30363-1031

T MOBILE
PO Box 660252
Dallas, TX 75266-0252

Taylor's A/C
538 Locust St
Jacksonville, FL 32254-4394

U.S. Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1382

UNIVERSITY OF NORTH FLORIDA
Attn: Athletic Marketing
1 UNF Arena
Jacksonville, FL 32224

US PREMIUM FINANCE
PO Box 924647
Norcross, GA 30010-4647

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

VILLAGE BREAD & BAGELS, INC.
5215-3 Phillips Highway
Jacksonville, FL 32207-7990

VOID MAGAZINE
102 6th Avenue N Suite 9
Jacksonville Beach, FL 32250-7126

WIDE MERCHANT INVESTMENT, INC.
3580 Wilshire Blvd.
Suite 160
Los Angeles, CA 90010-2506

Allan E. Wulbern +
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202-4494

United States Trustee - JAX 11 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Jill E Kelso +
United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440

Darryl S Laddin +
Arnall Golden Gregory LLP
171 17th Street Northwest
Suite 2100
Atlanta, GA 30363-1031

Adina L Pollan +
Gillis Way Duncan & Campbell, LLP
1022 Park Street, Suite 308
Jacksonville, FL 32204-3915

Joseph Walter Rogan +
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202-4494

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BB & T  
PO Box 632  
Whiteville, NC 28472

(d)BB&T Bankruptcy  
PO Box 1847  
Wilson, NC 27894-1847  
100-50-01-51

DIRECTTV  
PO Box 60036  
Los Angeles, CA  90060-0036

Department of the Treasury  
Internal Revenue Service  
Austin, TX 73301-0002

(d)INTERNAL REVENUE SERVICE  
400 W Bay Street Suite 515  
Stop 5117  
Jacksonville, FL  32202-4410000

IPFS CORPORATION  
PO Box 32144  
New York, NY  10087-2144


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Sysco Jacksonville, Inc.

End of Label Matrix  
Mailable recipients   119  
Bypassed recipients     1  
Total                 120