# UNITED STATES BANKRUPTCY COURT
### MIDDLE **DISTRICT OF** FLORIDA

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| NIPPERS USA, LLC | § | Case No. 15-03344 3G7 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GORDON P. JONES, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 638,313.79
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants:  14,250.00

Claims Discharged
Without Payment:  NA

Total Expenses of Administration:  19,550.00

3) Total gross receipts of $ 33,800.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 33,800.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 989,898.53 | $ 490,852.26 | $ 376,947.96 | $ 14,250.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 29,574.49 | 29,574.49 | 19,550.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 140,315.33 | 140,315.33 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 38,512.09 | 130,146.66 | 130,146.66 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,141,304.07 | 929,094.00 | 641,042.05 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 2,169,714.69 | $ 1,719,982.74 | $ 1,318,026.49 | $ 33,800.00 |

4)  This case was originally filed under chapter 11 on  07/24/2015 , and it was converted to chapter 7 on  01/08/2016 .  The case was pending for 23 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/17/2017                    By:/s/GORDON P. JONES, TRUSTEE
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ADV. VS. ROSE AND KEN, INC. AND KENDALL TAYLOR | 1141-000 | 5,000.00 |
| ACCOUNTS RECEIVABLE | 1221-000 | 1,300.00 |
| SETTLEMENT VS. ROSE AND KEN, INC. | 1229-000 | 2,500.00 |
| FRAUDULENT CONVEYANCE (4/6/16 NOTICE - DOCKET 201) | 1241-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 33,800.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BEACH MARINE 2315 Beach Blvd. Jacksonville Beach, FL 32250 | | 31,003.80 | NA | NA | 0.00 |
| | CAPITAL FOR MERCHANTS, INC. 250 Stephenson Hwy Troy, MI 48083 | | 260,490.43 | NA | NA | 0.00 |
| | Jason Wyse 721 Hazelmoor Lane Ponte Vedra, FL 32081-7054 | | 84,500.00 | NA | NA | 0.00 |
| 000019 | DUVAL COUNTY TAX COLLECTOR | 4110-000 | 30,653.26 | 30,653.26 | 0.00 | 0.00 |
| 000013 | IPFS CORPORATION | 4110-000 | 34,315.86 | 34,315.86 | 0.00 | 0.00 |
| 000023 | IPFS CORPORATION | 4110-000 | 9,276.36 | 9,276.36 | 0.00 | 0.00 |
| 000018 | ROSE & KEN, INC. | 4110-000 | 39,658.82 | 39,658.82 | 0.00 | 0.00 |
| | CRC HOSPITALITY PARTNERS II, LLC | 4210-000 | NA | 11,250.00 | 11,250.00 | 11,250.00 |
| | SYSCO JACKSONVILLE, INC. | 4210-000 | NA | 3,000.00 | 3,000.00 | 3,000.00 |
| 00008A | DEPARTMENT OF THE TREASURY | 4300-000 | 500,000.00 | 362,697.96 | 362,697.96 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 989,898.53 | $ 490,852.26 | $ 376,947.96 | $ 14,250.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JONES, GORDON P. | 2100-000 | NA | 2,564.65 | 2,564.65 | 2,564.65 |
| JONES, GORDON P. | 2200-000 | NA | 108.45 | 108.45 | 108.45 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 15.56 | 15.56 | 15.56 |
| UNION BANK | 2600-000 | NA | 437.25 | 437.25 | 437.25 |
| OFFICE OF THE UNITED STATES TRUSTEE | 2950-000 | NA | 10,079.01 | 10,079.01 | 6,258.88 |
| JOHNSON, EUGENE | 3210-000 | NA | 11,130.00 | 11,130.00 | 6,911.53 |
| JOHNSON, EUGENE | 3220-000 | NA | 767.02 | 767.02 | 476.31 |
| VANDERWILT, STEVEN M. | 3410-000 | NA | 4,365.00 | 4,365.00 | 2,710.58 |
| VANDERWILT, STEVEN M. | 3420-000 | NA | 107.55 | 107.55 | 66.79 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 29,574.49 | $ 29,574.49 | $ 19,550.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| POLLAN, ADINA L | 6700-180 | NA | 129,652.50 | 129,652.50 | 0.00 |
| POLLAN, ADINA L | 6710-190 | NA | 353.03 | 353.03 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AVALANCHE INC. INC. | 6920-000 | NA | 10,309.80 | 10,309.80 | 0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 140,315.33 | $ 140,315.33 | $ 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michael Corrigan, Tax Collector 231 E Forsyth St Ste 300 Jacksonville, FL 32202 | | 0.00 | NA | NA | 0.00 |
| 00008B | DEPARTMENT OF THE TREASURY | 5800-000 | 38,512.09 | 38,512.09 | 38,512.09 | 0.00 |
| 000009 | FLORIDA DEPT. OF REVENUE | 5800-000 | 0.00 | 1,814.78 | 1,814.78 | 0.00 |
| 00010A | FLORIDA DEPT. OF REVENUE | 5800-000 | 0.00 | 89,819.79 | 89,819.79 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 38,512.09 | $ 130,146.66 | $ 130,146.66 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A-1 RESTAURANT SUPPLY 1879 Caravan Trail Suite 203 Jacksonville, FL 32216 | | 4,936.89 | NA | NA | 0.00 |
| | ADVANCED COMMERCIAL PEST SERVICES 13792 Herons Landing Way Unit 11 Jacksonville, FL 32224 | | 749.00 | NA | NA | 0.00 |
| | AEGIS FIRE SERVICES 156 Industrial Loop South Orange Park, FL 32073 | | 573.94 | NA | NA | 0.00 |
| | ALSCO PO Box 41149 Jacksonville, FL 32203-1149 | | 2,835.46 | NA | NA | 0.00 |
| | AMTRUST PO Box 6939 Cleveland, OH 44101-1939 | | 5,326.00 | NA | NA | 0.00 |
| | ASCAP 21678 Network Place Chicago, IL 60673-1216 | | 3,307.94 | NA | NA | 0.00 |
| | B & G Refrigeration 3230 Kline Road Jacksonville, FL 32246 | | 1,650.52 | NA | NA | 0.00 |
| | BEACHES ENERGY PO Box 51389 Jacksonville Beach, FL 32240-1389 | | 4,164.25 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BRADLEY ERNST 160 Shelbys Cove Ct. Ponte Vedra Beach, FL 32082 | | 36,502.56 | NA | NA | 0.00 |
| | C & C FISHERIES, INC. 36 West 6th Street Atlantic Beach, FL 32233 | | 10,789.81 | NA | NA | 0.00 |
| | CARBON'S FOOD PO Box 71 Buchanan, MI 49107 | | 177.00 | NA | NA | 0.00 |
| | COMCAST PO Box 530098 Atlanta, GA 30353-0098 | | 325.46 | NA | NA | 0.00 |
| | CORVUS OF JACKSONVILLE 815 W. Weed Street Chicago, IL 60642 | | 1,101.60 | NA | NA | 0.00 |
| | COZZINI 350 Howard Ave Des Plaines, IL 60018 | | 42.80 | NA | NA | 0.00 |
| | DIRECTTV PO Box 60036 Los Angeles, CA 90060-0036 | | 55.72 | NA | NA | 0.00 |
| | GRIFFIS GAS 461 Tresca Road Jacksonville, FL 32225 | | 7,801.01 | NA | NA | 0.00 |
| | HELGET GAS PRODUCTS 4150 S. 87th St. Omaha, NE 68127 | | 99.53 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HOODZ 1132 Mill Creek Drive Jacksonville, FL 32259 | | 466.00 | NA | NA | 0.00 |
| | HOT ACTION SPORTSWEAR 307 Division Ave Ormond Beach, FL 32174 | | 3,243.99 | NA | NA | 0.00 |
| | HOTSCHEDULES PO Box 2217 San Antonio, TX 78298-2217 | | 1,030.00 | NA | NA | 0.00 |
| | JACKSONVILLE MINT MAGAZINE 6960 Bonneval Rd. Suite #102 Jacksonville, FL 32216 | | 4,784.89 | NA | NA | 0.00 |
| | LAURA VALLOW 2045 Vela Norte Circle Atlantic Beach, FL 32233 | | 50,000.00 | NA | NA | 0.00 |
| | MCCALL SERVICE, INC. PO Box 6000730 Jacksonville, FL 32260-0730 | | 548.91 | NA | NA | 0.00 |
| | MEDIA MIX, LLC 13901 Sutton Park Dr. South Building B, Suite 400 Jacksonville, FL 32224 | | 3,624.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | METRO ROOTER 8892 Normandy Boulevard Jacksonville, FL 32221 | | 4,745.00 | NA | NA | 0.00 |
| | MOBILE APPS YOUR WAY 2946 Mikris Dr. E Jacksonville, FL 32225 | | 237.00 | NA | NA | 0.00 |
| | MORRIS PUBLISHING PO Box 1486 Augusta, GA 30903-1486 | | 1,161.50 | NA | NA | 0.00 |
| | NORTH FLORIDA SALES 3601 Regent Boulevard Jacksonville, FL 32224 | | 545.81 | NA | NA | 0.00 |
| | NORTHWESTERN MUTUAL FINANCIAL NETWORK PO Box 3009 Milwaukee, WI 53201-3009 | | 6,140.34 | NA | NA | 0.00 |
| | OSSI SECURITY SYSTEMS, INC. 3839 Hendricks Avenue Jacksonville, FL 32207 | | 64.20 | NA | NA | 0.00 |
| | PINNACLE SYSTEMS 2001 W Cypress Creek Rd. #103 Ft Lauderdale, FL 33309 | | 3,526.65 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PRINT EXPRESS 8036 Philips Hwy, Suite 2 Jacksonville, FL 32256 | | 3,479.75 | NA | NA | 0.00 |
| | RESTAURANT COMPLIANCE SOLUTIONS 800 Ironwood Drive, Unit 824 Ponte Vedra Beach, FL 32082 | | 100.00 | NA | NA | 0.00 |
| | ROLLIN' RITA'S 11 Cat Road Ponte Vedra Beach, FL 32082 | | 535.00 | NA | NA | 0.00 |
| | RUDY THEALE 7765 Hunters Grove Rd. Jacksonville, FL 32256 | | 21,937.00 | NA | NA | 0.00 |
| | RUTLEDGE, ECENIA & PURNELL, PA 119 S Monroe St #202 Tallahassee, FL 32301 | | 435.57 | NA | NA | 0.00 |
| | S & D COFFEE PO Box 1628 Concord, NC 28026-1628 | | 353.44 | NA | NA | 0.00 |
| | SAVI, INC. 3601 Eisenhower Ave Suite 2801 Alexandria, VA 22304 | | 476.42 | NA | NA | 0.00 |
| | Taylor's A/C 538 Locust St Jacksonville, FL 32254 | | 1,889.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | UNIVERSITY OF NORTH FLORIDA Attn: Athletic Marketing 1 UNF Arena Jacksonville, FL 32224 | | 3,000.00 | NA | NA | 0.00 |
| | US PREMIUM FINANCE PO Box 924647 Norcross, GA 30010 | | 6,825.60 | NA | NA | 0.00 |
| | VILLAGE BREAD & BAGELS, INC. 5215-3 Phillips Highway Jacksonville, FL 32207 | | 1,660.28 | NA | NA | 0.00 |
| | WIDE MERCHANT INVESTMENT, INC. 3580 Wilshire Blvd. Suite 160 Los Angeles, CA 90010 | | 32,060.69 | NA | NA | 0.00 |
| 000003 | AMTRUST NORTH AMERICA, INC. D/B/A | 7100-000 | 19,500.00 | 15,606.00 | 15,606.00 | 0.00 |
| 000022 | AVALANCE ICE, INC. | 7100-000 | 4,829.86 | 10,744.00 | 10,744.00 | 0.00 |
| 000002 | BB&T BANKRUPTCY | 7100-000 | 25,468.45 | 29,218.87 | 29,218.87 | 0.00 |
| 000029 | BB&T BANKRUPTCY | 7100-000 | 1,962.44 | 1,962.44 | 1,962.44 | 0.00 |
| 000030 | BB&T BANKRUPTCY | 7100-000 | 187.08 | 187.08 | 187.08 | 0.00 |
| 000031 | BB&T BANKRUPTCY | 7100-000 | 1,647.55 | 1,647.55 | 1,647.55 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | BEACHES ENERGY SERVICES | 7100-000 | 1,982.34 | 2,343.52 | 2,343.52 | 0.00 |
| 000028 | C & C FISHERIES, INC. | 7100-000 | 6,228.36 | 6,228.36 | 6,228.36 | 0.00 |
| 000026 | CAPITAL FOR MERCHANTS, LLC | 7100-000 | 235,057.18 | 235,057.18 | 235,057.18 | 0.00 |
| 000001 | CHENEY BROTHERS | 7100-000 | 8,316.46 | 8,060.55 | 8,060.55 | 0.00 |
| 000024 | DAYTONA BEVERAGE | 7100-000 | 933.00 | 431.00 | 0.00 | 0.00 |
| 00008C | DEPARTMENT OF THE TREASURY | 7100-000 | 462.43 | 462.43 | 462.43 | 0.00 |
| 000004 | EASTERN SEAFOOD DISTRIBUTORS, LLC | 7100-000 | 9,634.20 | 9,594.20 | 9,594.20 | 0.00 |
| 00010B | FLORIDA DEPT. OF REVENUE | 7100-000 | 10,440.64 | 10,440.64 | 10,440.64 | 0.00 |
| 000005 | JACKSONVILLE BUSINESS JOURNAL | 7100-000 | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 000006 | JASON WYSE | 7100-000 | 84,500.00 | 84,500.00 | 84,500.00 | 0.00 |
| 000016 | MEDIA MIX, LLC | 7100-000 | 10,720.95 | 10,720.95 | 10,720.95 | 0.00 |
| 000017 | MEDIA MIX, LLC | 7100-000 | 10,720.95 | 10,720.95 | 0.00 | 0.00 |
| 000020 | MEDIA MIX, LLC | 7100-000 | 10,720.95 | 10,720.95 | 10,720.95 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | MICHAEL MAYER | 7100-000 | 90,000.00 | 90,000.00 | 90,000.00 | 0.00 |
| 000015 | NUCO2 | 7100-000 | 235.23 | 470.46 | 470.46 | 0.00 |
| 000021 | PHILADELPHIA INDEMNITY INSURANCE CO | 7100-000 | 25,000.00 | 25,000.00 | 0.00 | 0.00 |
| 000025 | REWARDS NETWORK ESTABLISHMENT SERVI | 7100-000 | 190.29 | 190.29 | 190.29 | 0.00 |
| 000014 | S & D COFFEE | 7100-000 | 597.04 | 597.04 | 597.04 | 0.00 |
| 000027 | STACY A. MORGAN | 7100-000 | 250,000.00 | 250,000.00 | 0.00 | 0.00 |
| 000011 | SYSCO JACKSONVILLE, INC. | 7100-000 | 78,140.40 | 93,671.80 | 93,671.80 | 0.00 |
| 000032 | VOID MAGAZINE | 7100-000 | 1,900.00 | 1,900.00 | 0.00 | 0.00 |
| 00008D | DEPARTMENT OF THE TREASURY | 7300-000 | 17,417.74 | 17,417.74 | 17,417.74 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,141,304.07 | $ 929,094.00 | $ 641,042.05 | $ 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 15-03344   3G7   Judge: PAUL M. GLENN | Trustee Name: | GORDON P. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | NIPPERS USA, LLC | Date Filed (f) or Converted (c): | 01/08/16 (c) |
| | | 341(a) Meeting Date: | 02/18/16 |
| For Period Ending: | 11/17/17 | Claims Bar Date: | 05/18/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. BB&T OPERATING AND EVENT DEPOSIT ACCOUNTS | -953.21 | 0.00 | | 0.00 | FA |
| 2. INTELLECTUAL PROPERTY & GOODWILL | 500,000.00 | 0.00 | OA | 0.00 | FA |
| 3. LIQUOR LICENSE | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 4. RESTAURANT TABLES AND CHAIRS, KITCHEN APPLIANCES | 100,000.00 | 0.00 | OA | 0.00 | FA |
| 5. PERISHABLE AND NONPERISHABLE FOOD | 37,267.00 | 0.00 | OA | 0.00 | FA |
| 6. SETTLEMENT VS. ROSE AND KEN, INC. (u)<br>   (REFUND OF ATTORNEY'S FEES) | Unknown | 2,500.00 | | 2,500.00 | FA |
| 7. FRAUDULENT CONVEYANCE (4/6/16 NOTICE - DOCKET 201) (u) | Unknown | 25,000.00 | | 25,000.00 | FA |
| 8. ADV. VS. ROSE AND KEN, INC. AND KENDALL TAYLOR<br>   (5/26/16 NOTICE - DOCKET 209) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 9. ACCOUNTS RECEIVABLE (u) | Unknown | 1,300.00 | | 1,300.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $638,313.79 | $33,800.00 | | $33,800.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

01/13/16 - LETTER TO REGIONS BANK REQUESTING CLOSE ACCOUNTS.

01/13/16 - LETTER TO BB&T REQUESTING CLOSE ACCOUNT.

01/13/16 - CHANGE OF ADDRESS TO USPS.

01/14/16 - LETTER TO REGIONS BANK REQUESTING FREEZE ON ACCOUNTS.

01/14/16 - LETTER TO BB&T REQUESTING FREEZE ON ACCOUNTS.

01/27/16 - NOTICE OF ABANDONMENT (docket #186).

01/27/16 - RECEIPT OF AVALANCHE ICE, INC.'S APPLICATION FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE EXPENSE (docket

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page:    2

**Exhibit 8**

| | | |
|---|---|---|
| Case No: | 15-03344    3G7    Judge: PAUL M. GLENN | |
| Case Name: | NIPPERS USA, LLC | |

| | |
|---|---|
| Trustee Name: | GORDON P. JONES, TRUSTEE |
| Date Filed (f) or Converted (c): | 01/08/16 (c) |
| 341(a) Meeting Date: | 02/18/16 |
| Claims Bar Date: | 05/18/16 |

#187).

02/16/16 - RECEIPT OF UNITED STATES' PARTIAL OBJECTION TO NOTICE OF ABANDONMENT (docket #191).

02/22/16 - RECEIPT OF UNITED STATES' WITHDRAWAL OF NOTICE OF ABANDONMENT (docket #192).

03/07/16 - APPLICATION TO EMPLOY EUGENE JOHNSON AS ATTORNEY (docket #195).

03/08/16 - APPLICATION TO EMPLOY STEVE VANDERWILT AS ACCOUNTANT (docket #196).

03/08/16 - ORDER EMPLOYING STEVE VANDERWILT AS ACCOUNTANT (docket #197) (POS 198).

03/14/16 - RECEIPT OF EMAIL FROM EUGENE JOHNSON ADVISING SETTLEMENT OF $25,000 W/IN 30 DAYS.

03/21/16 - RECEIPT OF EUGENE JOHNSON'S RESPONSE TO BRETT STEGER REGARDING STACY MORGAN'S MOTION FOR RELIEF FROM STAY FOR PERSONAL INJURIES.

03/22/16 - ORDER EMPLOYING EUGENE JOHNSON AS ATTORNEY (docket #199) (POS 200)

04/06/16 - MOTION TO APPROVE COMPROMISE  ($25,000 W/IN 30 DAYS) WITH RUDY THEALE FILED BY EUGENE JOHNSON (docket #201).

04/26/16 - RECEIPT OF JASON WYSE'S OBJECTION TO MOTION TO APPROVE COMPROMISE (docket #202).

05/03/16 - ORDER APPROVING  EUGENE JOHNSON'S COMPROMISE (docket #206).

05/26/16 - MOTION TO APPROVE COMPROMISE WITH ROSE AND KEN, INC. AND KENDALL TAYLOR FILED BY EUGENE JOHNSON (docket #209).

05/27/16 - CLAIMS EXAMINED.  OBJECTIONS TO BE FILED.

06/07/16 - RECEIPT OF SYSCO JACKSONVILLE'S LIMITED OBJECTION TO MOTION APPROVE COMPROMISE (docket #210).

06/24/16 - PER REQUEST, EMAILED FORMS 1 & 2 TO EUGENE JOHNSON.

06/27/16 - EMAILED FORMS 1 & 2 TO STEVE VANDERWILT FOR REVIEW.

06/24/16 - NOTICE OF HEARING ON MOTION TO APPROVE COMPROMISE SCHEDULED FOR 8/17/16 @ 10:00 A.M. (docket 211).

06/27/16 - RECEIPT OF EUGENE JOHNSON'S EMAIL TO ATTORNEY REGARDING TRUSTEE'S PAYMENT OF $3,000 ON SYSCO JACKSONVILLE, INC.'S CLAIM.

06/28/16 - PER REQUESTED, EMAILED FORMS 1 & 2 TO STEVE VANDERWILT.

07/07/16 - MOTION TO APPROVE COMPROMISE WITH SYSCO JACKSONVILLE (TRUSTEE PAY SYSCO $3,000)  FILED BY EUGENE JOHNSON (docket #212).

08/02/16 - ORDER APPROVING EUGENE JOHNSON'S COMPROMISE WITH SYSCO (docket #213).

08/12/16 - ORER APPROVING EUGENE JOHNSON'S COMPROMISE WITH ROSE AND KEN, INC. AND KENDALL TAYLOR (docket #215).

09/06/16 - EMAILED FORMS 1 & 2 TO STEVE VANDERWILT PER REQUEST.

09/12/16 - LETTER TO CRC HOSPITALITY PARTNERS WITH CHECK #3001 IN THE AMOUNT OF $11,250 PER COMPROMISE.

09/12/16 - LETTER TO SYSCO JACKSONVILLE WITH CHECK #3002 IN THE AMOUNT OF $3,000 PER COMPROMISE.

09/12/16 - LETTER TO (4) SHAREHOLDERS WITH FORM K-1, CERTIFIED MAIL/RETURN RECEIPT REQUESTED.

09/12/16 - LETTER TO IRS WITH FORM 1065 CERTIFIED MAIL/RETURN RECEIPT REQUESTED.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

**Exhibit 8**

| | | |
|---|---|---|
| Case No: | 15-03344    3G7    Judge: PAUL M. GLENN | Trustee Name:    GORDON P. JONES, TRUSTEE |
| Case Name: | NIPPERS USA, LLC | Date Filed (f) or Converted (c):  01/08/16 (c) |
| | | 341(a) Meeting Date:    02/18/16 |
| | | Claims Bar Date:    05/18/16 |

09/12/16 - LETTER TO CENTRALIZED INSOLVENCY OPERATION WITH TWO COPIES OF FORM 1065 REQUESTING PROMPT DETERMINATION, CERTIFIED MAIL/RETURN RECEIPT.

10/03/16 - EMAILED FORMS 1 & 2 TO STEVE VANDERWILT PER REQUEST.

11/08/16 - RECEIPT OF STEVE VANDERWILT'S FEE APPLICATION (docket #217).

11/08/16 LETTER TO (4) SHAREHOLDERS WITH FORM K-1, CERTIFIED MAIL/RETURN RECEIPT REQUESTED.

11/08/16 - LETTER TO IRS WITH FORM 1065 CERTIFIED MAIL/RETURN RECEIPT REQUESTED.

11/08/16 - LETTER TO CENTRALIZED INSOLVENCY OPERATION WITH TWO COPIES OF FORM 1065 REQUESTING PROMPT DETERMINATION, CERTIFIED MAIL/RETURN RECEIPT.

01/30/17 - EMAILED FORMS 1 & 2 TO EUGENE JOHNSON REQUESTING FEE APPLICATION.

02/21/17 - RECEIPT OF EUGENE JOHNSON'S FEE APPLICATION (DOCKET #218).

02/23/17 - REPORT OF PAYMENT COMPLETION (DOCKET #219)

02/23/17 - REPORT OF PAYMENT COMPLETION (DOCKET  #220).

03/07/17 - OBJECTION TO CLAIM 13 FILED BY EUGENE JOHNSON (DOCKET #223).

03/07/17 - OBJECTION TO CLAIM 17 FILED BY EUGENE JOHNSON (DOCKET #224).

03/07/17 - OBJECTION TO CLAIM 18 FILED BY EUGENE JOHNSON (DOCKET #225).

03/07/17 - OBJECTION TO CLAIM 19 FILED BY EUGENE JOHNSON (DOCKET #226).

03/07/17 - OBJECTION TO CLAIM 21 FILED BY EUGENE JOHNSON (DOCKET #227).

03/07/17 - OBJECTION TO CLAIM 24 FILED BY EUGENE JOHNSON (DOCKET #228).

03/07/17 - OBJECTION TO CLAIM 26 FILED BY EUGENE JOHNSON (DOCKET #229).

03/07/17 - OBJECTION TO CLAIM 27 FILED BY EUGENE JOHNSON (DOCKET #230).

03/07/17 - OBJECTION TO CLAIM 32 FILED BY EUGENE JOHNSON (DOCKET #231).

03/13/17 - CONSENT ORDER ON CLAIM 26 (DOCKET #232).

03/22/17 - CONSENT ORDER ON CLAIM 6 (DOCKET #234).

04/14/17 - ORDER ON CLAIM 32 (DOCKET #236).

04/17/17 - ORDER ON CLAIM 24 (DOCKET #237).

04/17/17 - ORDER ON CLAIM 17 (DOCKET #238).

04/17/17 - ORDER ON CLAIM 19 (DOCKET #239).

04/17/17 - ORDER ON CLAIM 27 (DOCKET #240).

04/17/17 - ORDER ON CLAIM 13 (DOCKET #241).

04/17/17 - ORDER ON CLAIM 21 (DOCKET #246).

04/19/17 - ORDER ON CLAIM 18 (DOCKET #250).

06/08/17 - RECEIPT OF EUGENE JOHNSON'S FEE APPLICATION.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

# Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-03344    3G7    Judge: PAUL M. GLENN | |
| Case Name: | NIPPERS USA, LLC | |

| | |
|---|---|
| Trustee Name: | GORDON P. JONES, TRUSTEE |
| Date Filed (f) or Converted (c): | 01/08/16 (c) |
| 341(a) Meeting Date: | 02/18/16 |
| Claims Bar Date: | 05/18/16 |

06/26/17 - TFR

08/29/17 - TFR APPROVED; NO NFR (insolvent)

10/02/17 - ODDF TO COURT.

Initial Projected Date of Final Report (TFR): 01/01/17        Current Projected Date of Final Report (TFR): 07/01/17

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 15-03344  -3G7 |
| Case Name: | NIPPERS USA, LLC |

| | |
|---|---|
| Trustee Name: | GORDON P. JONES, TRUSTEE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******5157  Checking - Non Interest |

| | |
|---|---|
| Taxpayer ID No: | *******0303 |
| For Period Ending: | 11/17/17 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 37,079,582.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/22/16 | | GILLIS WAY DUNCAN & CAMPBELL LLP | SETTLEMENT PROCEEDS | | 2,500.00 | | 2,500.00 |
| | 6 | | Memo Amount:         2,500.00 | 1229-000 | | | |
| 05/05/16 | | JOANNE H. THEALE | TURNOVER SETTLEMENT PROCEEDS PER 4/6/16 NOTICE - DOCKET 201 | | 25,000.00 | | 27,500.00 |
| | 7 | | Memo Amount:       25,000.00 | 1241-000 | | | |
| 05/25/16 | | UNION BANK | FRAUDULENT PAYMENT BANK SERVICE FEE | 2600-000 | | 15.00 | 27,485.00 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 34.78 | 27,450.22 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 39.42 | 27,410.80 |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 40.67 | 27,370.13 |
| 09/06/16 | | BEACH MARINE | PER 5/26/16 NOTICE - DOCKET 209 | | 5,000.00 | | 32,370.13 |
| | 8 | | Memo Amount:         5,000.00 | 1141-000 | | | |
| 09/12/16 | 003001 | CRC HOSPITALITY PARTNERS II, LLC C/O BETSY COX, ESQUIRE ROGERS TOWERS, PA 1301 RIVERPLACE BLVD., SUITE 1500 JACKSONVILLE, FL  32207 | SETTLEMENT PER COMPROMISE (DOCKET 215) | 4210-000 | | 11,250.00 | 21,120.13 |
| 09/12/16 | 003002 | SYSCO JACKSONVILLE, INC. ATTN: DAVID CZERW, DIRECTOR OF CREDIT SYSCO JACKSONVILLE 1501 LEWIS INDUSTRIAL DRIVE JACKSONVILLE, FL  32254 | PER COMPROMISE (DOCKET 213) | 4210-000 | | 3,000.00 | 18,120.13 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 40.61 | 18,079.52 |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 44.41 | 18,035.11 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 40.23 | 17,994.88 |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 25.86 | 17,969.02 |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 26.67 | 17,942.35 |

Page Subtotals    32,500.00    14,557.65

Ver: 20.00e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

Case No: 15-03344 -3G7

Case Name: NIPPERS USA, LLC

Taxpayer ID No: *******0303

For Period Ending: 11/17/17

Trustee Name: GORDON P. JONES, TRUSTEE

Bank Name: UNION BANK

Account Number / CD #: *******5157 Checking - Non Interest

Blanket Bond (per case limit): $ 37,079,582.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 26.70 | 17,915.65 |
| 03/06/17 | | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND PREMIUM | 2300-000 | | 15.56 | 17,900.09 |
| 03/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 24.08 | 17,876.01 |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 26.60 | 17,849.41 |
| 05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 25.70 | 17,823.71 |
| 06/14/17 | | AMERICAN EXPRESS TRAVEL SERVICES, INC. | ACCOUNTS RECEIVABLE | | 1,300.00 | | 19,123.71 |
| | 9 | | Memo Amount: 1,300.00 ACCOUNTS RECEIVABLE | 1221-000 | | | |
| 06/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 26.52 | 19,097.19 |
| 10/03/17 | 003003 | EUGENE H JOHNSON JOHNSON LAW FIRM P.A. 100 N. LAURA STREET, SUITE 701 JACKSONVILLE, FL 32202 | ATTORNEY FEES | 3210-000 | | 6,911.53 | 12,185.66 |
| 10/03/17 | 003004 | EUGENE H JOHNSON JOHNSON LAW FIRM P.A. 100 N. LAURA STREET, SUITE 701 JACKSONVILLE, FL 32202 | ATTORNEY EXPENSES | 3220-000 | | 476.31 | 11,709.35 |
| 10/03/17 | 003005 | STEVEN M. VANDERWILT 9940 HOOD ROAD JACKSONVILLE, FL 32257 | ACCOUNTANT'S FEES | 3410-000 | | 2,710.58 | 8,998.77 |
| 10/03/17 | 003006 | STEVEN M. VANDERWILT 9940 HOOD ROAD JACKSONVILLE, FL 32257 | ACCOUNTANT'S EXPENSES | 3420-000 | | 66.79 | 8,931.98 |
| 10/03/17 | 003007 | GORDON P. JONES POST OFFICE BOX 600459 JACKSONVILLE FL 32260-0459 | Chapter 7 Compensation/Fees | 2100-000 | | 2,564.65 | 6,367.33 |

Page Subtotals     1,300.00     12,875.02

Ver: 20.00e

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

FORM 2

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| Case No: | 15-03344  -3G7 | | Trustee Name: | GORDON P. JONES, TRUSTEE |
| Case Name: | NIPPERS USA, LLC | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******5157  Checking - Non Interest |
| Taxpayer ID No: | *******0303 | | | |
| For Period Ending: | 11/17/17 | | Blanket Bond (per case limit): | $ 37,079,582.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/03/17 | 003008 | GORDON P. JONES<br>POST OFFICE BOX 600459<br>JACKSONVILLE FL  32260-0459 | Chapter 7 Expenses | 2200-000 | | 108.45 | 6,258.88 |
| 10/03/17 | 003009 | Office of the United States Trustee<br>George C. Young Federal Bldg.<br>400 W. Washington Street, Suite 1100<br>Orlando, FL 32801 | Claim 000033, Payment 62.09816% | 2950-000 | | 6,258.88 | 0.00 |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 33,800.00 | |
| Memo Allocation Disbursements: | 0.00 | |
| Memo Allocation Net: | 33,800.00 | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 33,800.00 | 33,800.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 |
| Subtotal | | 33,800.00 | 33,800.00 |
| Less:  Payments to Debtors | | | 0.00 |
| Net | | 33,800.00 | 33,800.00 |

| | | | | |
|---|---|---|---|---|
| Total Allocation Receipts: | 33,800.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking - Non Interest - *******5157 | 33,800.00 | 33,800.00 | 0.00 |
| Total Memo Allocation Net: | 33,800.00 | | 33,800.00 | 33,800.00 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    6,367.33

Ver: 20.00e